**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1842**

LEROY MAURICE DEVEAUX, a/k/a Leroy Dover,

     Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

     Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston. J. Michelle Childs, District Judge. (2:10-cv-01703-JMC)

Submitted: November 9, 2012     Decided: November 29, 2012

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy Maurice Deveaux, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Maurice Deveaux appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his action filed pursuant to Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Deveaux v. United States, No. 2:10-cv-01703-JMC (D.S.C. June 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2